UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN C. THOMAS,

    Plaintiff,

    v.

KEVIN CHAPPALL, et al.,

    Defendants.

Case No. 15-cv-02541-PJH

**ORDER**

Plaintiff, a state prisoner, filed a pro se civil rights complaint under 42 U.S.C. § 1983. Defendants filed a motion for summary judgment on March 1, 2016. Plaintiff has not filed an opposition or otherwise communicated with the court. Plaintiff shall file an opposition by **May 20, 2016**. Failure to file an opposition may result in dismissal of this action.

**IT IS SO ORDERED.**

Dated: April 28, 2016

PHYLLIS J. HAMILTON
United States District Judge

\\CANDOAK\Data\Users\PJHALL\_psp\2015\2015_02541_Thomas_v_Chappall_(PSP)\15-cv-02541-PJH-ord.docx

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEAN C. THOMAS,

    Plaintiff,

  v.

KEVIN CHAPPALL, et al.,

    Defendants.

Case No. 15-cv-02541-PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 28, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dean C. Thomas
T-84535
San Quentin State Prison
San Quentin, CA 94974

Dated: April 28, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____ *Nichole Peric*
Nichole Peric, Deputy Clerk to the
Honorable PHYLLIS J. HAMILTON